THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW CLARK,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>        Defendant. | Case No. 2:19-cv-01378-TSZ<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion, docket no. 6, for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Unopposed Motion"), and having reviewed and considered the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion and hereby ORDERS that The Prudential Insurance Company of America's deadline to answer or otherwise respond to the Complaint is extended until and including October 21, 2019.

IT IS SO ORDERED.

DATED this 20th day of September, 2019.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND - 1
CASE NO. 2:19-CV-01378-TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/ Per Jansen*
    D. Michael Reilly, WSBA No. 14674
    Per Jansen, WSBA No. 49966
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206.223.7000
    Facsimile: 206.223.7107
    Email: reillym@lanepowell.com
    jansenp@lanepowell.com

Attorneys for Defendant The Prudential Insurance Company of America

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND - 2
CASE NO. 2:19-CV-01378-TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107